1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

THE QUINAULT INDIAN NATION,

10

Plaintiff,

11

v.

Case No.C05-5485RJB

12

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, SPECIALTY
SURPLUS INSURANCE COMPANY,
AFFILIATED FM INSURANCE
COMPANY, INSURANCE COMPANY OF
THE WEST, TRAVELERS INDEMNITY
COMPANY, WESTCHESTER SURPLUS
LINES INSURANCE COMPANY, GREAT
AMERICAN ASSURANCE COMPANY,
GREENWICH INSURANCE COMPANY,
ESSEX INSURANCE COMPANY,

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND
COMPLAINT

13

14

15

16

17

18

Defendants,

19

20

     This matter comes before the Court on the Plaintiff's Motion to Amend Complaint.  Dkt.

21

54.  The Court has reviewed the motion and the file herein.

22

     Plaintiff moves for leave to amend the caption of the complaint to add an additional

23

plaintiff:  "The Quinault Business Committee, d/b/a/ The Quinault Beach Resort and Casino."

24

Dkt. 54.  Plaintiff moves for the amendment to relate back to the date of the original pleading.

25

*Id.*

26

ORDER - 1

1    Federal Rule of Civil Procedure 15(a) permits a plaintiff to amend his complaint "by

2  leave of court or by written consent of the adverse party; and leave shall be freely given as

3  justice so requires."  Plaintiff should be permitted to amend the complaint, and the amendment

4  should relate back to the date of the original pleading.  The body of the complaint lists "The

5  Quinault Business Committee, d/b/a/ The Quinault Beach Resort and Casino" as a plaintiff.  Dkt.

6  1, at 2.  The amendment will therefore not cause prejudice to any of the defendants.  .

7    Therefore, it is now

8    **ORDERED** that the Plaintiff's Motion to Amend Complaint (Dkt. 54) is **GRANTED**,

9  and the Clerk of the Court shall amend the case caption accordingly.

10    The Clerk of the Court is instructed to send uncertified copies of this Order to all

11  counsel of record and to any party appearing *pro se* at said party's last known address.

12    DATED this 23rd day of January, 2006.

13

14    Robert J. Bryan
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2