UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE QUINAULT INDIAN NATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, SPECIALTY SURPLUS INSURANCE COMPANY, AFFILIATED FM INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, TRAVELERS INDEMNITY COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREENWICH INSURANCE COMPANY, ESSEX INSURANCE COMPANY,<br><br>    Defendants, | Case No.C05-5485RJB<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court upon *sua sponte* review of the record. The following order to show cause results.

    On June 27, 2006, a Stipulation and Order of Dismissal with Prejudice was filed, purporting to dismiss the entire matter with prejudice and without costs. Dkt. 61. The stipulation was signed by Plaintiff's counsel and C. Scott Penner, for Insurance Company of the West. *Id.* Mr. Penner also represents Essex Insurance Company, though Essex Insurance Company was not mentioned in the stipulation. Dkt. 11. A Certificate of Service accompanied

ORDER - 1

the motion. Dkt. 62. None of the remaining Defendants signed the pleading. Dkt. 61. Plaintiff's counsel later informed the Court that the stipulation applied to Insurance Company of the West alone and that he did not, at that time, intend for the entire matter to be dismissed.

On August 1, 2006, the following were filed: Stipulation between Plaintiff the Quinault Indian Nation and Defendant Affiliated FM Insurance Company, and Order of Dismissal with Prejudice (Dkt. 65), Stipulation between Plaintiff Quinault Indian Nation and Defendants Great American Assurance Company and Greenwich Insurance Company, and Order of Dismissal with Prejudice (Dkt. 66), Stipulation between Plaintiff the Quinault Indian Nation and Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania, and Order of Dismissal with Prejudice (Dkt. 67), Stipulation between the Quinault Indian Nation and Defendant Specialty Surplus Insurance Company and Order of Dismissal with Prejudice (Dkt. 68), Stipulation Between Plaintiff the Quinault Indian Nation and Defendant Westchester Surplus Lines Insurance Company, and Order of Dismissal with Prejudice (Dkt. 69). Each pleading dismisses the "above-entitled matter" against the named Defendant. *Id*. The record does not include evidence that these motions were served on each party that has appeared, contrary to Local Fed. R. Civ. P. 7(b)(1).

None of the above stipulations mention the pending counterclaims. Parties are reminded that trial in this matter is set for January 16, 2007. Dkt. 60.

In light of the parties' attempts at stipulated dismissals, the parties should be ordered, within two weeks from the date of this order, to show cause why, if any they have, Plaintiff's claims against all Defendants, except Essex Insurance Company, should not be dismissed with prejudice and without costs.

Therefore, it is now:

**ORDERED** that within two weeks from the date of this order, parties shall **SHOW CAUSE** in writing, if any they have, why Plaintiff's claims against all Defendants, except Essex Insurance Company, should not be dismissed with prejudice and without costs, and the

ORDER - 2

1  parties shall further advise the Court of the status of the Plaintiff's claims against Essex
2  Insurance Company and of the various counterclaims.
3      The Clerk of the Court is instructed to send uncertified copies of this Order to all
4  counsel of record and to any party appearing *pro se* at said party's last known address.
5      DATED this 28th day of August, 2006.

                                              Robert J. Bryan
                                              United States District Judge