The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE QUINAULT INDIAN NATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, SPECIALTY SURPLUS INSURANCE COMPANY, AFFILIATED FM INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, TRAVELERS INDEMNITY COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREENWICH INSURANCE COMPANY, ESSEX INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | Case No. C05-5485 RJB<br><br>STIPULATION BETWEEN PLAINTIFF THE QUINAULT INDIAN NATION AND DEFENDANT TRAVELERS INDEMNITY COMPANY, AND ORDER OF DISMISSAL WITH PREJUDICE |

It is hereby stipulated between the plaintiff Quinault Indian Nation and defendant Travelers Indemnity Company ("Travelers") by

their respective counsel of record that plaintiff's claims in the above-entitled matter may be dismissed with prejudice and without costs.

DATED this 19th day of September, 2006.

| PEIZER, RICHARDS & ZIONTZ, P.S. | EKLUND ROCKEY STRATTON P.S. |
|---|---|
| By: /s/ Martin L. Ziontz<br>   Martin L. Ziontz   WSBA #10959<br>   Of Attorneys for Plaintiff Quinault Indian Nation | By: /s/ James T. Derrig<br>   James T. Derrig, WSBA #13471<br>   Of Attorneys for Defendant Travelers Indemnity Company |

\* \* \*

Based on the foregoing stipulation between plaintiff Quinault Indian Nation and defendant Travelers Indemnity Company by their respective counsel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's claims in the above-entitled matter are dismissed with prejudice and without costs.

DATED this 13th day of October, 2006.

Robert J Bryan
United States District Judge

Presented by:
PEIZER, RICHARDS & ZIONTZ, P.S.

/s/ Martin L. Ziontz
Martin L. Ziontz   #10959
Attorney for Plaintiff Quinault Indian Nation

Copy Received; Approved For Entry;
Notice Of Presentation Waived:
EKLUND ROCKEY STRATTON P.S

<u>/s/James T. Derrig</u>
James T. Derrig, WSBA #13471
Of Attorneys for Defendant Travelers
Indemnity Company